# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| JUUL LABS, INC., <br><br>　　　　　Plaintiff, <br><br>　v. <br><br>Din Sipra, LLC <br><br>　　　　　Defendant | Civil Action No. 3:21-cv-1546 (AVC) <br><br> March 9, 2022 |

## NOTICE OF VOLUNTARY DISMISSAL

NOW COMES Plaintiff Juul Labs, Inc., who, having reached a settlement with the Defendant, and pursuant to F.R.C.P. 41(a)(1)(A)(i), hereby dismisses the above Civil Action against the Defendant with prejudice.

　　　　　　　　　Respectfully,

　　　　　　　　　JUUL LABS, INC.
　　　　　　　　　Plaintiff

　　　　　　　　　　　By /s/ John C. Linderman
　　　　　　　　　　　JOHN C. LINDERMAN
　　　　　　　　　　　ct04291
　　　　　　　　　　　lind@ip-lawyers.com
　　　　　　　　　　　GERALD L. DEPARDO
　　　　　　　　　　　ct15134
　　　　　　　　　　　depardo@ip-lawyers.com
　　　　　　　　　　　MCCORMICK, PAULDING & HUBER PLLC
　　　　　　　　　　　CityPlace II, 18th Flr
　　　　　　　　　　　185 Asylum Street
　　　　　　　　　　　Hartford, CT 06103-3410
　　　　　　　　　　　Ph: 860 549-5290
　　　　　　　　　　　Fax: 860 527-0464
　　　　　　　　　　　Its Attorneys

CERTIFICATE OF SERVICE

      I hereby certify that on March 9, 2022, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail or process to anyone unable to accept electronic filing as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

     /s/   John C. Linderman
     John C. Linderman